**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BERENS, DAVID R.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-08979 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  DUPAGE COUNTY COURTHOUSE
        505 N. County Farm Road, Room 4016
        Wheaton, Illinois 60187

   on:  **August 22, 2008**
   at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                               $         25,019.84

   b. Disbursements                          $              2.36

   c. Net Cash Available for Distribution    $         25,017.48

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $3,251.98 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $60.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $2,662.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $41.64 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,000.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $26,138.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 68.87%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | US BANK /RETAIL PAYMENT SOLUTIONS | $ 24,258.68 | $ 16,707.04 |
| 002 | LADCO LEASING | $ 933.47 | $ 642.88 |
| 003 | GAFCO | $ 460.44 | $ 317.11 |
| 004 | MIDWEST VERIZON WIRELESS | $ 485.45 | $ 334.33 |
| 005 | NATIONAL CITY (Late filed claim) | $ 40,648.87 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor; $5,000.00 equity in real property located at 760 Panorama Court, Aurora, IL

Dated: July 18, 2008  For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| BERENS, DAVID R. | | |
| | | CASE NO. 07B-08979 JS |
| | | JUDGE JOHN SQUIRES |
| | Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 3,251.98 |
| 2. | Trustee's expenses | $ 60.00 |
| | TOTAL | $ 3,311.98 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 2,662.50 |
| | b. Expenses | $ 41.64 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 1,000.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

      d. Chapter 11 Expenses                                                               $_____0.00

3.     Other Professionals

                                                    TOTAL        $_____3,704.14

     IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this ____ day of _____, 200__.

                            ENTERED      _____
                                                    JOHN SQUIRES
                                                    UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1               User: amcc7                 Page 1 of 1                Date Rcvd: Jul 18, 2008
Case: 07-08979                     Form ID: pdf002             Total Served: 25
```

```
The following entities were served by first class mail on Jul 20, 2008.
db           +David R. Berens,    760 Panorama Court,    Aurora, IL 60502-7305
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Melvin J Kaplan,    Melvin J Kaplan & Associates,    55 E Jackson Blvd Suite 650,
               Chicago, IL 60604-4457
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
11369935      BP Communications LLC,    2760 S. Eola Road,   #F,   Aurora, IL 60503
11369934      Bank of America,    P.O. Box 15027,   Wilmington, DE 19850-5027
11369936     +Citi Business,    P.,O. Box 44180,   Jacksonville, FL 32231-4180
11369937     +Dell Financial,    Payment Processing Center,    P.O. Box 5275,   Carol Stream, IL 60197-5275
11369938      Dell Financial Services,    Payment Processing Center,    P.O. Box 5292,
               Carol Stream, IL 60197-5292
11369939     +GAFCO,   205 W. Wacker Drive,    #322,   Chicago, IL 60606-1211
11369940     +Ladco Leasing,    555 St. Charles,    #200,   Thousand Oaks, CA 91360-3985
11369941     +Lakeside Center,    1211 Lakeview Court,    Romeoville, IL 60446-6501
11369942     +Mid America Bank,    2650 Warrenville Road,    Downers Grove, IL 60515-1748
11369947     +Midwest Verizon Wireless,    PO Box 3397,   Bloomington, IL 61702-3397
12092197     +NATIONAL CITY,    PO BOX 94982,   CLEVELAND, OH 44101-4982
11369943      National City,    P.O. Box 85616,   Louisville, KY 40285
11369944     +Peter Dravicas,    715 W. Lake Street,    Addison, IL 60101-2082
11369945      Three Diamond Card,    Retail Services,    P.O. Box 17602,   Baltimore, MD 21297-1602
11369946    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank,    P.O. Box 790408,   Saint Louis, MO 63179-0408)
11690030     +US BANK NA/ RETAIL PAYMENT SOLUTIONS,    PO BOX 5229,   CINCINNATI, OHIO 45201-5229
11369948     +Wells Fargo Home Mortgage,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
The following entities were served by electronic transmission on Jul 19, 2008.
11849613      E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2008 04:02:45
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11369933      E-mail/PDF: vci.bkcy@vwcredit.com Jul 19 2008 04:03:15     Audi Financial Services,   P.O. Box 3,
               Hillsboro, OR 97123
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2008**                    **Signature:** *Joseph Speetjens*