IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| BERENS, DAVID R. | |
| | CASE NO. 07B-08979 JS |
| | |
| | HONORABLE JOHN SQUIRES |
| Debtor(s) | |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE  JOHN SQUIRES,
      BANKRUPTCY JUDGE


    Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached.

    All checks have been cashed.  Evidence of cancelled checks since the filing of the Trustee's Final Report is set forth on the Form II Report attached hereto.  Form II also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


11/7/08                             /s/David Grochocinski
DATE                                DAVID GROCHOCINSKI, TRUSTEE